USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/20/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
LIZ WALESKA PEREZ RIVERA,
                       Plaintiff,

19 CIVIL 3877 (LTS)(SN)

-v-

**JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,
                       Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 20, 2020, that this action is remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:** New York, New York
        March 20, 2020

                                                    RUBY J. KRAJICK
                                                     Clerk of Court

BY:    _____
                                                     Deputy Clerk